

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00572-CV

**IN RE** Max **GROSSMAN**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Karen Angelini, Justice
               Irene Rios, Justice

Delivered and Filed:  August 16, 2018

PETITION FOR WRIT OF MANDAMUS DENIED

Relator filed a petition for writ of mandamus asking this court to order the El Paso City Clerk ("the city clerk") to place its re-proposed ordinance on the November 6, 2018 ballot. Relator also filed a motion to expedite consideration of the petition for writ of mandamus. The city clerk filed a response.

The motion to expedite this original proceeding is GRANTED. After considering the petition and response, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This court has jurisdiction pursuant to Texas Election Code section 273.061, which authorizes this court to "issue a writ of mandamus to compel the performance of any duty imposed by law in connection with the holding of an election . . . regardless of whether the person responsible for performing the duty is a public officer." TEX. ELEC. CODE ANN. § 273.061 (West 2010).